In the Matter of Kevin Morris, Appellant, v D. Venettozzi, Acting Director Special Housing Unit, et al., Respondents.

Submitted December 8, 2014; decided February 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge STEIN taking no part.